In the Matter of EMMA M. MURTAUGH, Appellant, against TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK, Respondent.

Argued May 21, 1945; decided July 19, 1945.

*Harry H. Chambers* and *Harry B. Chambers* for appellant.
*Ignatius M. Wilkinson, Corporation Counsel (Edna Glassman, James Hall Prothero* and *Joseph G. De Vito* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.